473 A.2d 697

Commonwealth v. Sims, Appellant.

Submitted November 8, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

CERCONE, J., filed a memorandum concurring statement.

473 A.2d 697

Commonwealth v. Sims, Appellant.

Submitted October 14, 1983. Diane Barr Quinlin, Assistant Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.